# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-949
_____

STATE OF FLORIDA,

Appellant,

v.

RAUL HERNANDEZ-RODRIQUEZ,

Appellee.

_____

On appeal from the Circuit Court for Duval County.
Bruce Anderson, Judge.

May 3, 2019

PER CURIAM.

AFFIRMED.

B.L. THOMAS, C.J., and BILBREY and JAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Ashley Moody, Attorney General, Steven E. Woods, Assistant Attorney General, Tallahassee, for Appellant.

Valerie Jonas of Weitzner & Jonas, P.A., Miami, and Patrick F. Trese of The Law Office of Patrick Trese, P.A., Fort Lauderdale, for Appellee.